1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRANK ENEPI SISNEROZ, et al.,

11            Plaintiffs,                         No. CIV S-08-1697 EFB P

12        vs.

13   PAM AHLIN, et al.,

14            Defendants.                         ORDER

15   _____/

16        Plaintiffs, state prisoners without counsel, have filed a civil rights action.  *See* 42 U.S.C.

17   § 1983.  They request leave to proceed *in forma pauperis*.

18        Plaintiffs allege a violation of their civil rights in Fresno County, California.  Fresno

19   County is in the Fresno Division of this court and the action should have been commenced there.

20   *See* Local Rule 3-120(d).  The court has not yet ruled on plaintiffs' requests to proceed *in forma*

21   *pauperis*.

22        Accordingly, it is hereby orderd that:

23        1.  This action is transferred to the Fresno Division.

24        2.  The Clerk of Court shall assign a new case number.

25   ////

26   ////

1

1     3.  All future filings shall bear the new case number and shall be filed at:

2                    United States District Court
Eastern District of California

3                    2500 Tulare Street
Fresno, CA 93721

4

5   DATED:  September 11, 2008.

6

EDMUND F. BRENNAN

7                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2